IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JESUS FERNANDEZ,<br><br>　　　Plaintiff,<br>vs.<br><br>CBE GROUP, INC., and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No. 6:14-cv-02056-LRR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Jesus Fernandez, Plaintiff and CBE Group, Inc., Defendant and hereby submit this Joint Stipulation of Dismissal of all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, with each party bearing their own costs.

| Jesus Fernandez | CBE Group, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Benjamin P. Roach_____ |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Benjamin P. Roach<br>NYEMASTER GOODE, P.C.<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>(515) 283-3100<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

       I hereby certify that on December 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and served a copy by U.S. Mail to:

Sergei Lemberg
Lemberg Law, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT  06905

ATTORNEYS FOR PLAINTIFF

                                         /s/ Benjamin P. Roach
                                         NYEMASTER GOODE, P.C.
                                         700 Walnut Street, Suite 1600
                                         Des Moines, IA  50309
                                         Telephone: 515-283-3100
                                         Facsimile:  515-283-3108
                                         E-mail:  bproach@nyemaster.com